OPINION — AG — ** PRIVATE SCHOOLS — PAROCHIAL SCHOOLS ** THE BOARD OF EDUCATION HAS NO `RESPONSIBILITY' OR `AUTHORITY' TO PROVIDE TRANSPORTATION FOR CHILDREN ATTENDING A PAROCHIAL ELEMENTARY SCHOOL, AND THAT THE DISTRICTS BUSES CANNOT LAWFULLY BE USED FOR THAT PURPOSE. (TRANSPORTATION, SCHOOL BUSES, EXPENDITURES, FUNDS) CITE: ARTICLE II, SECTION 5, 70 O.S. 9-1 [70-9-1] (J. H. JOHNSON)